**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 15-6968**

_____

DOMMERNICK BROWN, United States of America, Suis Juris- Pro
Se and Pro Se Coach-In Forma Pauperis and Supporter of The
Second Coming of Jesus Christ Super-Star The Messiah and
Super-Star-and The Version of The New World Order #777
ALMIGHTY-GODS New World Order 777,

              Petitioner - Appellant,

        v.

HON. WARDEN B. R. JETT, Warden of the Federal Medical
Center (located in Rochester, Minnesota),

              Respondent - Appellee.

_____

Appeal from the United States District Court for the District of
South Carolina, at Florence.  Terry L. Wooten, Chief District
Judge.  (4:15-cv-01983-TLW)

_____

Submitted:  October 30, 2015          Decided:  November 6, 2015

_____

Before NIEMEYER, MOTZ, and KEENAN, Circuit Judges.

_____

Vacated and remanded by unpublished per curiam opinion.

_____

Dommernick Brown, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dommernick Brown, a federal prisoner, appeals the district court's order dimissing his 28 U.S.C. § 2241 (2012) petition without prejudice. The district court referred this case to a magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) (2012). The magistrate judge recommended that the § 2241 petition be dismissed without prejudice and advised Brown that failure to file timely, specific objections to this recommendation could waive appellate review of a district court order based upon the recommendation. The district court found that no objections were filed and dismissed the § 2241 petition. The record discloses, however, that Brown filed timely objections to the magistrate judge's report. The objections were mistakenly construed as a notice of appeal of the district court's order because they were received after entry of that order.

We accordingly vacate the district court's order and remand for consideration of Brown's timely objections.* We dispense with oral argument because the facts and legal contentions are

---

\* We have construed Brown's informal brief as a timely notice of appeal. <u>See</u> Fed. R. App. P. 4(a)(1)(B); <u>Smith v. Barry</u>, 502 U.S. 244, 248-49 (1992).

adequately presented in the materials before this court and argument would not aid the decisional process.

VACATED AND REMANDED